# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Kelvin Danyella Leach**                    **Docket No. 5:21-CR-280-1N**

### Petition for Action on Conditions of Pretrial Release

COMES NOW Linwood E. King, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Kelvin Danyella Leach, who was placed under pretrial release supervision by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 29th day of October, 2021.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On December 17, 2021, Leach submitted a urinalysis test which was confirmed positive for the presence of marijuana. The defendant was entered into our district's Surprise Urinalysis Program, and we will refer him to First Step Services in Raleigh, North Carolina, for a substance abuse assessment. Although Leach appears to be struggling with marijuana use, this probation officer wants to afford the defendant an opportunity to prove himself and participate in available treatment options. We request the court allow supervision to continue at this time and require Leach's participation in substance abuse therapy as recommended. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that bond conditions of release be modified as follows:

1. Participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Linwood E. King
Linwood E. King
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8682
Executed On: January 5, 2022

### ORDER OF THE COURT

Considered and ordered the ___6th___ day of ___January_____, 2022, and ordered filed and made part of the records in the above case.

_Robert T Numbers II_
Robert T. Numbers, II
U.S. Magistrate Judge